UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-27392 |
| | ) |
| Woodridge, Tanya Lanise | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 11, 2018, in Courtroom 744**, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.


Date:  November 15, 2018                By:  /s/ Richard M. Fogel
                                                    Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@foxrothschild.com
**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0501109.DOC}
65164038.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION

In re: WOODRIDGE, TANYA LANISE § Case No. 17-27392
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of: | $ | 2,850.00 |
| and approved disbursements of: | $ | 91.34 |
| leaving a balance on hand of[1]: | $ | 2,758.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | BMW Financial Services NA, LLC | 21,889.13 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,758.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 712.50 | 0.00 | 712.50 |
| Trustee, Expenses - Richard M. Fogel | 5.17 | 0.00 | 5.17 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 717.67 |
| Remaining balance: | $ | 2,040.99 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,040.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,040.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $72,880.30 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One, N.A.Capital One Bank (USA) N.A. by American InfoSource LP as agent | 976.00 | 0.00 | 27.34 |
| 3 | Navient Solutions, LLC | 6,665.60 | 0.00 | 186.67 |
| 4 | TCF NATIONAL BANK Cohen Jutla Dovitz Makowka, LLC | 52,740.24 | 0.00 | 1,476.97 |
| 5 | Synchrony Bank c/o PRA Receivables Management, LLC | 571.51 | 0.00 | 16.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Synchrony Bank c/o PRA Receivables Management, LLC | 2,128.99 | 0.00 | 59.62 |
| 7 | US Dept of Education Claims Filing Unit | 9,797.96 | 0.00 | 274.39 |

Total to be paid for timely general unsecured claims: $ 2,040.99
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654
(312) 276-1334
rfogel@foxrothschild.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 17-27392-TAB
Tanya Lanise Woodridge                                            Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: nbatson              Page 1 of 1                  Date Rcvd: Nov 16, 2018
                               Form ID: pdf006            Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Tanya Lanise Woodridge,    2247 W 80th St,    Chicago, IL 60620-5908
26258450       +TCF NATIONAL BANK,    Cohen Jutla Dovitz Makowka, LLC,    10729 W. 159th Street,
                 Orland Park, IL 60467-4531
26415363        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26148450       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 17 2018 01:36:13
                 BMW Financial Services NA, LLC,    4515 N Santa Fe Ave Dept APS,    Oklahoma City OK 73118-7901
26172405        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 01:35:52       Capital One, N.A.,
                 Capital One Bank (USA) N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
26225846       +E-mail/PDF: pa_dc_claims@navient.com Nov 17 2018 01:35:57       Navient Solutions, LLC,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
26355834       +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 01:35:33       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Andrew C Marzan    on behalf of Debtor 1 Tanya Lanise Woodridge notice@billbusters.com,
               amarzan000@gmail.com;billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@foxrothschild.com,
               il72@ecfcbis.com
              Richard M. Fogel     rfogel@foxrothschild.com,    il72@ecfcbis.com
              Sandra L. Makowka    on behalf of Creditor    TCF National Bank bankruptcy@cjdm.legal
                                                                                             TOTAL: 5
```