**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WOODRIDGE, TANYA LANISE § Case No. 17-27392
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $59,547.15 | Assets Exempt: | $22,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,040.99 | Claims Discharged Without Payment: | $128,842.76 |
| Total Expenses of Administration: | $809.01 | | |

   3) Total gross receipts of $2,850.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,850.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $175,542.00 | $21,889.13 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $809.01 | $809.01 | $809.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $108,721.45 | $72,880.30 | $72,880.30 | $2,040.99 |
| **TOTAL DISBURSEMENTS** | $284,263.45 | $95,578.44 | $73,689.31 | $2,850.00 |

4) This case was originally filed under chapter 7 on 09/13/2017. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   02/05/2019                    By: /s/ Richard M. Fogel
                                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1229-000 | $2,850.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,850.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMW Financial Services NA, LLC | 4210-000 | NA | $21,889.13 | $0.00 | $0.00 |
| N/F | Alphera Financial | 4110-000 | $20,000.00 | NA | NA | NA |
| N/F | Alphera Financial Services | 4110-000 | $20,000.00 | NA | NA | NA |
| N/F | Freedom Mortgage CORP | 4110-000 | $67,771.00 | NA | NA | NA |
| N/F | Freedom Mortgage Corp | 4110-000 | $67,771.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$175,542.00** | **$21,889.13** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $712.50 | $712.50 | $712.50 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $5.17 | $5.17 | $5.17 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $1.34 | $1.34 | $1.34 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $90.00 | $90.00 | $90.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $809.01 | $809.01 | $809.01 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One, N.A.Capital One Bank (USA) N.A. by American InfoSource LP as agent | 7100-000 | $204.00 | $976.00 | $976.00 | $27.34 |
| 3 | Navient Solutions, LLC | 7100-000 | $6,282.00 | $6,665.60 | $6,665.60 | $186.67 |
| 4 | TCF NATIONAL BANK Cohen Jutla Dovitz Makowka, LLC | 7100-000 | $31,779.00 | $52,740.24 | $52,740.24 | $1,476.97 |
| 5 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $173.00 | $571.51 | $571.51 | $16.00 |
| 6 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $2,274.00 | $2,128.99 | $2,128.99 | $59.62 |
| 7 | US Dept of Education Claims Filing Unit | 7100-000 | $10,006.00 | $9,797.96 | $9,797.96 | $274.39 |
| N/F | Advocate Healthcare | 7100-000 | $152.66 | NA | NA | NA |
| N/F | CBNA | 7100-000 | $12.00 | NA | NA | NA |
| N/F | CBNA | 7100-000 | $12.00 | NA | NA | NA |
| N/F | Capita lone | 7100-000 | $204.00 | NA | NA | NA |
| N/F | Chase AUTO | 7100-000 | $5,772.00 | NA | NA | NA |
| N/F | Chase Auto | 7100-000 | $5,772.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $124.00 | NA | NA | NA |
| N/F | Ingalls Hospital | 7100-000 | $113.82 | NA | NA | NA |
| N/F | Ingalls Hospital | 7100-000 | $775.01 | NA | NA | NA |
| N/F | Ingalls Hospital | 7100-000 | $679.08 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Integrated Imaging Consultants, LLC | 7100-000 | $154.88 | NA | NA | NA |
| N/F | Syncb/CARE CREDIT | 7100-000 | $2,274.00 | NA | NA | NA |
| N/F | Syncb/SAMS CLUB | 7100-000 | $173.00 | NA | NA | NA |
| N/F | TCF Banking & Savings | 7100-000 | $31,779.00 | NA | NA | NA |
| N/F | US DEPT OF ED/Glelsi | 7100-000 | $10,006.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$108,721.45** | **$72,880.30** | **$72,880.30** | **$2,040.99** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

| Case No.: | 17-27392 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | WOODRIDGE, TANYA LANISE | Date Filed (f) or Converted (c): | 09/13/2017 (f) |
| | | § 341(a) Meeting Date: | 10/17/2017 |
| For Period Ending: | 02/05/2019 | Claims Bar Date: | 01/18/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>Checking: Citibank- EXEMPT | 819.65 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHING<br>Furniture, Linens, Small Appliances, Table & Chairs, Bedroom Set- EXEMPT | 700.00 | 0.00 | | 0.00 | FA |
| 3 | ELECTRONICS<br>Flat Screen TV, Computer, Printer, Music Collection, Cell Phone- INCONSEQUENTIAL VALUE | 450.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS (u)<br>Loyola University Employees' Federal Credit Union (schedules amended 10/16/17): Per o/c 11-15-17, agreed to turnover $4,295.79 in non-exempt funds by monthly payments. Debtor ceased making payments. Further administration is burdensome to the estate. | 6,424.64 | 4,295.79 | | 2,850.00 | 1,878.85 |
| 5 | AUTOMOBILES AND OTHER VEHICLES<br>2014 BMW X1 with over 30,000 miles in possession of Debtor- FULLY ENCUMBERED | 14,976.00 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>Savings: Citibank- EXEMPT | 601.50 | 0.00 | | 0.00 | FA |
| 7 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>Costume Jewelry- EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL<br>Necessary Wearing Apparel- EXEMPT | 600.00 | 0.00 | | 0.00 | FA |
| 10 | REAL PROPERTY<br>Single-family home: 2247 W. 80th St, Chicago, IL 60620- FULLY ENCUMBERED | 41,300.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$65,971.79** | **$4,295.79** | | **$2,850.00** | **$1,878.85** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to settle dispute with debtor regarding non-exempt property. Final installment payment is due December 2018.

**Initial Projected Date Of Final Report (TFR):** 03/31/2019     **Current Projected Date Of Final Report (TFR):** 11/15/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-27392 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | WOODRIDGE, TANYA LANISE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7244 | Account #: | ******3700 Checking |
| For Period Ending: | 02/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/17 | {4} | Tanya L Woodridge | Initial turnover of non-exempt funds, per o/c 11-15-17 | 1229-000 | 2,000.00 | | 2,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,990.00 |
| 12/27/17 | {4} | Tanya Woodridge | Installment payment | 1229-000 | 200.00 | | 2,190.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,180.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,170.00 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 1.34 | 2,168.66 |
| 02/22/18 | {4} | Tanya Woodridge | Installment payment | 1229-000 | 200.00 | | 2,368.66 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,358.66 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,348.66 |
| 04/23/18 | {4} | Tanya Woodridge | Installment payment | 1229-000 | 200.00 | | 2,548.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,538.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,528.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,518.66 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,508.66 |
| 08/20/18 | {4} | Tanya Woodridge | Installment payment | 1229-000 | 250.00 | | 2,758.66 |
| 12/11/18 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 717.67 | 2,040.99 |
| | | | Claims Distribution - Wed, 11-14-2018          $712.50 | 2100-000 | | | 2,040.99 |
| | | | Claims Distribution - Wed, 11-14-2018          $5.17 | 2200-000 | | | 2,040.99 |
| 12/11/18 | 103 | Capital One, N.A.Capital One Bank (USA) N.A. by American InfoSource LP as agent | Distribution payment - Dividend paid at 2.80% of $976.00; Claim # 2; Filed: $976.00 | 7100-000 | | 27.34 | 2,013.65 |
| 12/11/18 | 104 | Navient Solutions, LLC | Distribution payment - Dividend paid at 2.80% of $6,665.60; Claim # 3; Filed: $6,665.60 | 7100-000 | | 186.67 | 1,826.98 |
| 12/11/18 | 105 | TCF NATIONAL BANK Cohen Jutla Dovitz Makowka, LLC | Distribution payment - Dividend paid at 2.80% of $52,740.24; Claim # 4; Filed: $52,740.24 | 7100-000 | | 1,476.97 | 350.01 |
| 12/11/18 | 106 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 2.80% of $571.51; Claim # | 7100-000 | | 16.00 | 334.01 |

Page Subtotals:    $2,850.00    $2,515.99

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| Case No.: | 17-27392 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | WOODRIDGE, TANYA LANISE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7244 | Account #: | ******3700 Checking |
| For Period Ending: | 02/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | 5; Filed: $571.51 |  |  |  |  |
| 12/11/18 | 107 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 2.80% of $2,128.99; Claim # 6; Filed: $2,128.99 | 7100-000 |  | 59.62 | 274.39 |
| 12/11/18 | 108 | US Dept of Education Claims Filing Unit | Distribution payment - Dividend paid at 2.80% of $9,797.96; Claim # 7; Filed: $9,797.96 | 7100-000 |  | 274.39 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | 2,850.00 | 2,850.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 2,850.00 | 2,850.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $2,850.00 | $2,850.00 |  |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-27392 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | WOODRIDGE, TANYA LANISE | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7244 | **Account #:** | ******3700 Checking | |
| **For Period Ending:** | 02/05/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3700 Checking | $2,850.00 | $2,850.00 | $0.00 |
| | **$2,850.00** | **$2,850.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**